COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause number:  01-17-00464-CR

Style:  Edward Guerra v. The State of Texas

Date motion filed*:  January 18, 2018

Type of motion:  Motion to Stay Appeal

Party filing motion:  Pro Se Appellant Edward Guerra

Document to be filed:  N/A

Ordered that motion is:

☐ Granted

☐ Denied

☑ Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)

☑ Other: _____

On September 22, 2017, appellant's appointed counsel timely filed an *Anders* brief and a motion to withdraw, which has not been granted pending appellant's January 29, 2018 pro se *Anders* response deadline. *See* TEX. R. APP. P. 6.5; *Anders v. California*, 386 U.S. 738, 744 (1967). Accordingly, appellant's pro se motion to stay this appeal to allow counsel of record more time to review possible "falsified documentation" is **dismissed as moot** because he is currently represented by counsel and is not entitled to hybrid representation. *See Ex parte Taylor*, 36 S.W.3d 883, 887 (Tex. Crim. App. 2001) (stating "[a]ppellants are not allowed to have hybrid representation" and appellant did not have right to file documents with appellate court while represented by counsel). Appellant's counsel, Kevin P. Keating, is directed to contact the pro se appellant regarding this motion to stay appeal.

Judge's signature: /s/ Evelyn V. Keyes

☑ Acting individually     ☐ Acting for the Court

Date:  January 30, 2018